# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor                    Date: 4/13/2021    Time: 1:30 p.m.

Defendant: 2)DOUGLAS GAZMURI PEREZ    J#: 39552-509    Case #: 21-CR-20218-SINGHAL ~~(SEALED)~~

AUSA: Sean McLaughlin                                    Attorney: Dennis Gonzalez, Jr. (Temp)

Violation: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE    Surr/Arrest Date: 4/13/2021    YOB: 2000

Proceeding: Initial Appearance                           CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at:                                             Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant consented to appear via video

Defendant advised of rights and charges

Indictment Unsealed

Govt rec PTD based on risk/flight & danger/community

*Brady warning given*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:    4/27/21    10:00 a.m.    Duty/Miami
PTD Hearing:         4/15/21    10:00 a.m.    Duty/Miami
Arraignment:         4/27/21    10:00 a.m.    Duty/Miami
Status Conference RE:

D.A.R. 15:03:25                                          Time in Court: 15 mins

s/Lauren F. Louis                                        Magistrate Judge