IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cr-20218-AHS

UNITED STATES OF AMERICA,
*Plaintiff*,

vs.

DOUGLAS GAZMURI PEREZ,
*Defendant*.

### MOTION TO SET GOVERNMENT'S RULE 35(b) MOTION FOR HEARING OR FOR RULING

COMES NOW, the Defendant, DOUGLAS GAZMURI, by and through undersigned counsel, and respectfully moves this Honorable Court to either rule on the Government's previously filed Rule 35(b) motion for reduction of sentence or set the motion for a hearing. In support thereof, Defendant states as follows:

## I. BACKGROUND

1. On May 9, 2022, Defendant pled guilty to Count One of the Indictment, charging conspiracy to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 846.

2. On August 25, 2022, the Court sentenced Defendant to 72 months of imprisonment, followed by a term of supervised release.

3. On February 7, 2023, the Government filed a Rule 35(b) motion [D.E. 495] seeking a reduction of Defendant's sentence based on substantial assistance provided to law enforcement.

4. Subsequently, Defendant, through prior counsel, requested that the Rule 35(b) motion be denied without prejudice to preserve the opportunity to revisit the matter at a more appropriate time.

5. Defendant now wishes to pursue resolution of the Government's Rule 35(b) motion and seeks the Court's consideration of the motion either through ruling or a hearing.

## II. REQUEST FOR RELIEF

6. The Defendant respectfully requests that this Court act on the pending Rule 35(b) motion, as it is critical to determining whether the sentence imposed adequately reflects the substantial assistance provided by the Defendant.

7. Specifically, Defendant requests that the Court:

   a. Issue a ruling on the Government's Rule 35(b) motion; or

   b. Set the motion for a hearing to allow the parties to present arguments and evidence.

## III. CONCLUSION

WHEREFORE, Defendant respectfully requests that this Court grant this motion and either rule on the Government's Rule 35(b) motion or set the motion for a hearing at the earliest convenience of the Court.

Respectfully submitted,

/s/ **Dennis Gonzalez Jr.**
Dennis Gonzalez Jr., Esq.
Fla. Bar No.: 92407
Dennis Gonzalez Jr., P.A.
11401 SW 40 Street, Suite 204
Miami, FL 33165
Telephone: (305) 257-8644
Fax: (305) 328 8412
Email: DG@786.Law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice of appearance has been electronically filed with the Clerk of Court through CM/ECF and/or filed in open court on Saturday, December 21, 2024.

**/s/ Dennis Gonzalez Jr.**
**Dennis Gonzalez Jr., Esq.**