UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20218-CR-SINGHAL**

**UNITED STATES OF AMERICA**

vs.

**DOUGLAS GAZMURI PEREZ,**

     **Defendant.**
_____/

**OMNIBUS RESPONSE TO DEFENSE MOTIONS**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and files this omnibus response to three (3) recent motions filed by Defendant Douglas Gazmuri Perez (hereinafter "the Defendant") (DE 646, 647, 648).

As to the Defendant's property motion (DE 646), the undersigned immediately put defense counsel in contact with the FBI and ATF case agents. Based on the undersigned's conversations with the case agents and defense counsel, this issue has been resolved and defense counsel intends to withdraw this motion.

As to the Defendant's Rule 35 motion (DE 648), the Government originally filed a motion to reduce the Defendant's sentence under FED. R. CRIM. P. 35(b)(1) on February 7, 2023 (DE 495). Based on the undersigned's conversations with defense counsel, it became apparent that the Defendant did not want to receive a Rule 35 reduction for substantial assistance and the Defendant filed a motion in opposition (DE 565). In response, Government filed a motion to strike and withdraw its Rule 35 motion (DE 566). To date, the Court has not ruled on any of these motions (DE 596).

As to the Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) (DE

1

647), the Defendant earlier filed a similar motion on February 13, 2024 (DE 596). Per the Court's order (DE 598), the Government promptly filed a response (DE 609). The Government's position on the Defendant's § 3582(c)(2) motion remains unchanged, that is, he is not entitled to relief under the § 3553 factors (id. at 7-9). To date, the Court has not ruled on the Defendant's original § 3582(c)(2) motion (DE 596).

## CONCLUSION

Based on the above-described events, the United States respectfully requests that the Court rule on the Defendant's Rule 35 issue (DE 495, 565, 566). Should the Court decide to reduce the Defendant's sentence under Rule 35 by 25% per the Government's pending motion (DE 495), the Court can then include this reduction in ultimately deciding on how to rule on the Defendant's § 3582(c)(2) motion (DE 596).

Respectfully submitted,

MICHAEL S. DAVIS
ACTING UNITED STATES ATTORNEY

BY:    *s/ Sean T. McLaughlin*
SEAN T. MCLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Email: Sean.McLaughlin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on January 24, 2025, with the Clerk of the Court and counsel of record using CM/ECF.

>*/s  Sean T. McLaughlin*
>SEAN T. McLAUGHLIN
>Assistant United States Attorney